(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_NORTHERN_ District of _ILLINOIS_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>*Tires, Inc.,*<br>*a Illinois Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*dba Hammers Tire*<br>*aka Ron Hammers* | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) 36-389-6503 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>*4153 Progress Blvd.*<br>*Peru IL 61354* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: *LaSalle* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (If different from street address):<br>*SAME* | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): *SAME* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition Is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business     ☒ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/17/2004
Time: 15:10:14
Debtor: TIRES INC A ILLINOIS CO
Case: 04-10648    Fee: 839
Chapter: 11  Rec. # : 3069242
Judge: John Squires
Trustee: BARRY CHATZ

1:04BK10648-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200- |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $100 million | $100 million |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):

Hammer, Ron

FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ron Hammer_ (signed)
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date 3-8-04

X _(signed)_
Signature of Attorney for Debtor(s)

**Lars Eric Ostling**
Printed Name of Attorney for Debtor(s)

**OSTLING & ASSOCIATES**
Firm Name

**201 W. Olive St.**
Address

**Bloomington IL 61701**

**309-827-3030**   Date **3-8-04**
Telephone Number

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _(signed)_   3-8-04
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re **Hammer, Ron**

Case No.
Chapter **11**

_____ / Debtor

Attorney for Debtor: **Lars Eric Ostling**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case .................................... $ 10,000.00
   b) Prior to the filing of this statement, debtor(s) have paid ............... $ 10,000.00
   c) The unpaid balance due and payable is ........................... $ 0.00

3. $ **839.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   **None other**

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   **None other**

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   **None**

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   **None**

Dated:

Respectfully submitted,

X_____
Attorney for Petitioner: **Lars Eric Ostling**
**OSTLING & ASSOCIATES**
**201 W. Olive St.**
**Bloomington IL 61701**

Advanced Hunter
Parts and Service
PO Box 334
Winnebago, IL  61088

Advanta
PO Box 8088
Philadelphia, PA  19101-8088

American Express
PO Box 360002
Ft. Lauderdale, FL  33336

American Racing
PO Box 633445
Cincinatti, OH  45263-3445

Aqualicious
1726 N. Bloomington
Streator, IL  61364

Auto Salvage
Toute 6 West
Peru, IL  61354

Auto Zone
PO Box 9040
Des Moines, IA  50368

Bank One
P.O. Box 50882
Henderson, NV  89016-0882

Bill Walsh
2330 N. Bloomington
Streator
IL, 61364

Bill Walsh
1752 E. Nurris
Ottawa, IL  61350

Bobby Booker
6 Ridgefield
Algonquinn, IL  60102

Bokus & May
2011 Rock Street
Peru, IL  61354

Brian Heller
200 Walnut
Box 213
Washington, IL  61571

Bryan Dunigan
Attorney at Law
162 W. Grand Ave.
Chicago, IL  60610

C.J. M. Leasing
PO Box 242
Joliet, IL 60434

C.J. M. Leasing
PO Box 242
Joliet, IL 60434

Car Quest
PO Box 503628
St. Louis, MO 63150

Cassidy Tire
344 N. Canal
Chicago, IL 60606-1208

Chase Business
PO Box 15907
Wilmington, DE 19886

Cintas
PO Box 9
Normal, IL 61761

Cintas
4800 44th Street
Milene, IL 61265

Cintas
PO Box 7759
Romeoville, IL 60466

Citi Business
PO Box 6309
The Lakes, NV 88901

CJM Leasing
PO Box 242
Joliet, IL 60434

Clegg-Perkins
719 Columbus
Ottawa, IL 61350

Conroys
2801 N. Columbus
Ottawa, IL 61350

Coronet Dodge
3705 Frontage Road
Peru, IL 61354

CPI
PO Box 416
LaSalle, IL 61301

Culligan
Box 681
Ottawa, IL 61350

Fleet Business Service
PO Box 15368
Wilmington, DE  19886

Freeman Tire
150 E. Crossroad Parkway #A
Bolingbrook, IL  60440

Homestead Oil
PO Box 1085
LaSalle, IL  61301

IL Department of Revenue
Bkcy Bulk Sales & Probate
100 W. Randolph St. Lvl 7-400
Chicago, IL  60601

Illinois Deparment of Revenue
PO Box 19447
Springfield, IL  62794

Illinois Department of Revenue
Bkcy Bulk Sales & Probate Sec.
100 W. Randolph Level 7-400
Chicago, IL  60601

Illinois Department of Revenue
Retailers Occ. Tax
Springfield, IL  62796

Illinois Department of Revenue
Attn: Tire User Fee
Springfield, IL  62776

Illinois Valley Door
PO Box 325
Mendota, IL  61342

Impressive Business Forms
2901 Teague Drive
Tyler, TX  75701

Interstate Battery
1111 N. Main
Washington, IL  61571

IV Cellular
200 Riverfront Drive
Marseilles, IL  61341

Jerry Centoni
Star Ford
2310 N. Bloomington
Streator, IL  61364

Jim Renwick
1 Shady Oaks Drive
Ottawa, IL  61350

Kammerer
1780 N. 2753 Road
Ottawa, IL 61350

Key Outdoor
PO Box 206
Kankakee, IL 60901

Kim Lamchick
615 E. 10th
Peru, IL 61354

LaSalle National Bank
105 Marquette
LaSalle, IL 61301

LaSalle Office Supply
901 Fuse
LaSalle, IL 61301

LaSalle State Bank
PO Box 462
LaSalle, IL 61301

Lee Lewis Dis.
PO Box 47
Mendota, IL 61342

Ligori Auto Wrecking
405 Oakley Ave
PO Box 276
Streator, IL 61364

M & M Plumbing
1410 E. Main
Streator, IL 61364

Meier Bros. Tire Supply
2649 N. 900 E. Road
Ashkum, IL 60911

Mendota Auto Supply
1311 Merdan St.
Mendota, IL 61342

Myers Tire Supply
11127 W. Franklin
Franklin Park, IL 60131

Napa Auto Parts
5959 Collection Center
Chicago, IL 60693

New Heights Rec.
1705 Cottage Grove Ave
Ford Heights, IL 60411

Ottawa Ford
PO Box 1410
Ottawa, IL 61350

Peru Napa
3601 Progress Blvd.
Peru, IL 61354

Platinum Plus for Business
PO Box 15469
Wilmington, DE 19886

Pomps
PO Box 1630
Green Bay, WI 54305

Rhodes Auto
401 W. 10th
Streator, IL 61364

Rubber Inc.
2419 S. Michigan
Chicago, IL 60616

Salisbury Oil
1083 E. 12th
Streator, IL 61364

South Bede Abbey Press
Rt. 6 West
Peru, IL 61354

Streator Engine
204 W. Main
Streator, IL 61364

Sun Times
627 Marquete
LaSalle, IL 61301

TCI
PO Box 130
Sugar Grove, IL 60554

Teptron Financial
PO Box 71593
Chicago, IL 60694-1593

Terry Monroe
Rt. 251 North
Peru, IL 61354

Tire Rack
7101 Vorden Pkwy
South Bend, IN 46628

Town and Country Dis.
PO Box 704
Ottawa, IL 61350

Transwheel
3000 Yeoman Way
Huntington, IN 46750

US Bank
PO Box 790408
St. Louis, MO 63179

Valley Ford
PO Box 170
Spring Valley, IL 61362

Walter Bros. Plumbing
909 Washington
Mendota, IL 61342

Waste Management
1411 Opers Placer
Ste. 400
Downers Grove, IL 60515

Wells Fargo
Payment Remittance Center
PO Box 54349
Los Angeles, CA 90054

WJ Stone Ace Hardware
PO Box 515
Streator, IL 61364

WLPO/WAJK
PO Box 215
LaSalle, IL 61301

WWGN
807 LaSalle
Ottawa, IL 61370

ZB Supply
725 Fulton
Ottawa, IL 63150

(Official Form 1) (12/03) West Group, Rochester, NY

**FORM B1**

## United States Bankruptcy Court
### NORTHERN District of ILLINOIS

**Voluntary Petition**

| Name of Debtor (If Individual, enter Last, First, Middle): <br> *Tires, Inc., a Illinois Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): <br> *dba Hammers Tire* <br> *aka Ron Hammers* | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all) 36-389-6503 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> *4153 Progress Blvd.* <br> *Peru IL 61354* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: *LaSalle* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> *SAME* | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (If different from street address above): *SAME*

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed (Check one box) | | |
|---|---|---|---|---|
| [ ] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [x] Chapter 11 | [ ] Chapter 13 |
| [x] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other _____ | [ ] Clearing Bank | | | |

**Nature of Debts** (Check one box)
[ ] Consumer/Non-Business    [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)   |   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative paid, there will be no funds available for distribution to unsecured creditors.

```
U.S. Bankruptcy Court
Northern District Of Illinois
Received: 03/17/2004
Time: 15:10:14
Debtor: TIRES INC A ILLINOIS CO
Case: 04-10648    Fee : 839
Chapter: 11   Rec. # : 3069242
Judge: John Squires
Trustee: BARRY CHATZ
```

1:04BK10648-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

C.J. M. Leasing
PO Box 242
Joliet , IL  60434

C.J. M. Leasing
PO Box 242
Joliet, IL  60434

Car Quest
PO Box 503628
St. Louis, MO  63150

Cassidy Tire
344 N. Canal
Chicago, IL  60606-1208

Chase Business
PO Box 15907
Wilmington, DE  19886

Cintas
PO Box 9
Normal, IL  61761

Cintas
4800 44th Street
Milene, IL  61265

Cintas
PO Box 7759
Romeoville, IL  60466

Citi Business
PO Box 6309
The Lakes, NV  88901

CJM Leasing
PO Box 242
Joliet, IL  60434

Clegg-Perkins
719 Columbus
Ottawa, IL  61350

Conroys
2801 N. Columbus
Ottawa, IL  61350

Coronet Dodge
3705 Frontage Road
Peru, IL  61354

CPI
PO Box 416
LaSalle, IL  61301

Culligan
Box 681
Ottawa, IL  61350