UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIRES, INC. | ) | CASE NO. 04-10648 |
| | ) | |
| DEBTOR | ) | CHAPTER 11 |

FINAL REPORT AND SCHEDULE OF UNPAID DEBTS
PURSUANT TO FED. R. BANKRUPTCY 1019(5)

Now Comes the Debtor, Tires Incorporated, and files this Final Report and Schedule of Unpaid Debts Pursuant to Fed. R. Bankruptcy 1019(5) and in support thereof states the following:

1. The Debtors Chapter 11 Bankruptcy was converted to a case under Chapter 7 Bankruptcy on November 1, 2004.

2. The Final Operating Report for October 2004 filed with the Court on February 26, 2005, states the Debtor had a beginning balance of $11,517.94. $103,042.34 was received for the month, $ 104,001.87 was disbursed for payroll, taxes, and necessary expenses leaving a balance of $ 11,544.08 in the all bank accounts.

3. Since the time of filing the Chapter 11 Bankruptcy on March 17, 2004 and before the conversion date of November 1, 2004, the Debtor incurred the following list of unsecured debts:

| Creditor's Name and Address | Amount of Debt |
|---|---|
| Alarm Detection System<br>1111 Church Road<br>Aurora, IL 60505 | $ 128.01 |
| Allen Disposal<br>PO Box 673061<br>Milwaukee, WI 53267 | $ 123.00 |
| Aqualicious by Water Unlimited<br>1726 N. Bloomington<br>Streator, IL 61364 | $ 45.73 |

| | |
|---|---|
| Ameren IP<br>PO Box 2522<br>Decatur, IL 62525 | $ 104.62 |
| Ameren IP<br>PO Box 2522<br>Decatur, IL 62525 | $263.22 |
| Ameren IP<br>PO Box 2522<br>Decatur, IL 62525 | $495.94 |
| Bokus & May<br>1910 Fourth Street<br>Peru, IL 61354 | $ 6,260.45 |
| Caseys<br>PO Box 3002<br>One Convenience Blvd<br>Ankeny, IA 50021 | $ 131.80 |
| Culligan<br>PO Box 681<br>Ottawa, IL 61350 | $ 29.00 |
| Cintas<br>2015 Eagle Road<br>Normal, IL 61761 | $ 221.24 |
| Com Ed<br>Bill Payment Center<br>Chicago, IL 60668 | $ 733.15 |
| City of Peru<br>1727 4th Street<br>PO Box 299<br>Peru, IL 61354 | $ 667.61 |
| City of Streator<br>PO Box 517<br>Streator, IL 61364 | $ 68.51 |
| City of Ottawa<br>301 W. Madison<br>Ottawa, IL 61364 | $ 68.51 |
| Equitable<br>PO Box 1047<br>Charlotte, NC 28201 | $ 350.00 |

| | |
|---|---:|
| GYB Disposal<br>PO Box 673089<br>Milwaukee, WI 53267 | $ 52.00 |
| Hanover Insurance<br>Hanover Deductable Recovery<br>PO Box 1450<br>Minneapolis, MN 55485 | $ 1,462.55 |
| IL. American Water<br>PO Box 578<br>Alton, IL 62002 | $ 47.48 |
| Insight<br>PO Box 740273<br>Cincinnati, OH 45274 | $ 77.70 |
| Mediacom<br>Dept. 0002<br>Palatine, IL 60055 | $ 31.87 |
| Napa Auto Parts<br>3601 Progress Blvd.<br>Peru, IL 61354 | $ 4,711.47 |
| Powernit Global<br>PO Box 740146<br>Cincinnati, OH 45274 | $127.50 |
| Simple Nit<br>4710 E. Falcon Dr.<br>St 224<br>Mesa, AZ 85215 | $ 67.80 |
| SBC<br>60663 SBC Drive<br>Chicago, IL 60663 | $ 289.20 |
| SBC<br>60663 SBC Drive<br>Chicago, IL 60663 | $ 170.18 |
| Tire Rack<br>7101 Vorden Pkwy<br>South Bend, IM 46628 | $ 19.10 |
| Verizon North<br>PO Box 920041<br>Dallas, TX 75392 | $ 303.49 |

| | |
|---|---:|
| Waste Management<br>PO Box 9001054<br>Louisviulle, KY 40290 | $ 91.99 |
| Wheeltronic<br>6500 Millcreek Drive<br>Mississauga, Ontario | $ 205.41 |
| Total Unpaid Bills | $16,990.82 |

4. Since the time of filing the Chapter 11 Bankruptcy on March 17, 2004 and before the conversion date of November 1, 2004, the Debtor incurred the following list of unsecured priority debts owed to the Federal and State Government:

| Creditor Name and Address | Amount | Due Date |
|---|---:|:---:|
| Internal Revenue Service- 941 Taxes<br>203 Dearborn<br>Stop 5013 CH<br>Chicago, IL 60604 | $ 3984.40 | 5/14/04 |
| Internal Revenue Service- 941 Taxes | $1,350.70 | 3/19/04 |
| Internal Revenue Service- 941 Taxes | $1,165.75 | 4/16/04 |
| Internal Revenue Service- 941 Taxes | $ 3,835.90 | 5/28/04 |
| Internal Revenue Service- 941 Taxes | $3,669.35 | 6/11/04 |
| Internal Revenue Service- 941 Taxes | $ 3,765.24 | 6/25/04 |
| Internal Revenue Service- 941 Taxes | $4,161.05 | 7/9/04 |
| Internal Revenue Service- 941 Taxes | $3,681.24 | 7/23/04 |
| Internal Revenue Service- 941 Taxes | $4,087.84 | 8/6/04 |
| Internal Revenue Service- 941 Taxes | $3,810.55 | 8/20/04 |
| Internal Revenue Service- 941 Taxes | $4,094.81 | 9/3/04 |
| Internal Revenue Service- 941 Taxes | $3,613.35 | 9/17/04 |
| Internal Revenue Service- 941 Taxes | $3,937.38 | 10/15/04 |

| | | |
|---|---:|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph Level 7-425<br>Chicago, IL 60601 | $ 3,108.02 | 8/2/04 |
| Illinois Department of Employment<br>Bankruptcy Unit 10th Floor<br>33 S. State<br>Chicago, IL 60603 | $ 1,475.52 | 8/2/04 |
| Scrap Tire ST-8 | $ 1855.20 | 8/2/04 |
| ScrapTire - ST-8 | $ 6,220.80 | 8/2/04 |
| Total Outstanding Taxes | $57,817.10 | |

5. Since the time of filing the Chapter 11 Bankruptcy on March 17, 2004 and before the conversion date of November 1, 2004, the Debtor incurred the following list of unsecured priority debt owed to employees for payroll due October 29, 2004. (Said amount is gross wages)

| | |
|---|---:|
| C. Bryan | $ 713.00 |
| R. Grotto | $ 1,634.00 |
| M. Clark | $ 713.00 |
| K. Danekas | $ 551.65 |
| S. Hammers | $ 635.50 |
| M. Kruswicki | $ 1,975.00 |
| J. Ridley | $ 300.00 |
| J. Urbanc | $ 635.50 |
| J. Clark | $ 713.00 |
| C. Espeland | $172.50 |
| S. Hammers | $ 1,500.00 |
| Total Payroll owed | $ 9,543.15 |

Wherefore, the Debtor prays for the Court to allow the Chapter 11 Final Report and Schedule of Unpaid Debt and for any other relief this Court deems just and fair.

Respectfully submitted,
Tires, Inc.

By: /s/ Lars Eric Ostling for Robert Follmer
Attorney for Debtor
Ostling & Associates
201 W. Olive
Bloomington, IL 61701
309-827-3030

PROOF OF SERVICE

Notice has been **electronically mailed** to the following:

Bradley Waller

UST

Notice has been **mailed** to the following by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois :

Bradley Waller, Klein Stoddard Buck & Waller, 555 Bethany Road, DeKalb, IL 60115

Mr. Anthony Ponzio, 205 W. Randolph, Ste 1750, Chicago, IL 60606

     The undersigned certifies that a copy of the foregoing instrument was served upon the person(s) listed above on the 26th day of February 2005

/s/ Angela Swartzendruber

Subscribed and sworn to before me
this 26th day of February 2005.

/s/ Susan Pennypacker
NOTARY PUBLIC