UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIRES, INC. | ) | CASE NO. 04-10648 |
| | ) | |
| DEBTOR | ) | CHAPTER 11 |

AMENDED FINAL REPORT AND SCHEDULE OF UNPAID DEBTS
PURSUANT TO FED. R. BANKRUPTCY 1019(5)

Now Comes the Debtor, Tires Incorporated, and files this Final Report and Schedule of Unpaid Debts Pursuant to Fed. R. Bankruptcy 1019(5) and in support thereof states the following:

1.     The Debtors Chapter 11 Bankruptcy was converted to a case under Chapter 7 Bankruptcy on November 1, 2004.

2.     The Final Operating Report for October 2004 filed with the Court on February 26, 2005, states the Debtor had a beginning balance of $11,517.94. $103,042.34 was received for the month, $ 104,001.87 was disbursed for payroll, taxes, and necessary expenses leaving a balance of $ 11,544.08 in the all bank accounts.

3.     Since the time of filing the Chapter 11 Bankruptcy on March 17, 2004 and before the conversion date of November 1, 2004, the Debtor incurred the following  list of unsecured debts:

| Creditor's Name and Address | Amount of Debt |
|---|---|
| Alarm Detection System<br>1111 Church Road<br>Aurora, IL 60505 | $ 128.01 |
| Allen Disposal<br>PO Box 673061<br>Milwaukee, WI 53267 | $ 123.00 |
| Aqualicious by Water Unlimited<br>1726 N. Bloomington<br>Streator, IL 61364 | $ 45.73 |

Ameren IP                                          $ 104.62
PO Box 2522
Decatur, IL 62525

Ameren IP                                          $263.22
PO Box 2522
Decatur, IL 62525

Ameren IP                                          $495.94
PO Box 2522
Decatur, IL 62525

Bokus & May                                        $ 6,260.45
1910 Fourth Street
Peru, IL 61354

Caseys                                             $ 131.80
PO Box 3002
One Convenience Blvd
Ankeny, IA 50021

Culligan                                           $ 29.00
PO Box 681
Ottawa, IL 61350

Cintas                                             $ 221.24
2015 Eagle Road
Normal, IL 61761

Com Ed                                             $ 733.15
Bill Payment Center
Chicago, IL 60668

City of Peru                                       $ 667.61
1727 4th Street
PO Box 299
Peru, IL 61354

City of Streator                                   $ 68.51
PO Box 517
Streator, IL 61364

City of Ottawa                                     $ 68.51
301 W. Madison
Ottawa, IL 61364

Equitable                                          $ 350.00
PO Box 1047
Charlotte, NC 28201

GYB Disposal                              $ 52.00
PO Box 673089
Milwaukee, WI 53267

Hanover Insurance                         $ 1,462.55
Hanover Deductable Recovery
PO Box 1450
Minneapolis, MN 55485

IL. American Water                        $ 47.48
PO Box 578
Alton, IL 62002

Insight                                   $ 77.70
PO Box 740273
Cincinnati, OH 45274

Mediacom                                  $ 31.87
Dept. 0002
Palatine, IL 60055

Napa Auto Parts                           $ 4,711.47
3601 Progress Blvd.
Peru, IL 61354

Powernit Global                           $127.50
PO Box 740146
Cincinnati, OH 45274

Simple Nit                                $ 67.80
4710 E. Falcon Dr.
St 224
Mesa, AZ 85215

SBC                                       $ 289.20
60663 SBC Drive
Chicago, IL 60663

SBC                                       $ 170.18
60663 SBC Drive
Chicago, IL 60663

Tire Rack                                 $ 19.10
7101 Vorden Pkwy
South Bend, IM 46628

Verizon North                             $ 303.49
PO Box 920041
Dallas, TX 75392

| | |
|---|---|
| Waste Management<br>PO Box 9001054<br>Louisviulle, KY 40290 | $ 91.99 |
| Wheeltronic<br>6500 Millcreek Drive<br>Mississauga, Ontario | $ 205.41 |
| Total Unpaid Bills | $16,990.82 |

4.      Since the time of filing the Chapter 11 Bankruptcy on March 17, 2004 and before the conversion date of November 1, 2004, the Debtor incurred the following list of unsecured priority debts owed to the Federal and State Government:

| Creditor Name and Address | Amount | Due Date |
|---|---|---|
| Internal Revenue Service- 941 Taxes<br>203 Dearborn<br>Stop 5013 CH<br>Chicago, IL 60604 | $ 3984.40 | 5/14/04 |
| Internal Revenue Service- 941 Taxes | $1,350.70 | 3/19/04 |
| Internal Revenue Service- 941 Taxes | $1,165.75 | 4/16/04 |
| Internal Revenue Service- 941 Taxes | $ 3,835.90 | 5/28/04 |
| Internal Revenue Service- 941 Taxes | $3,669.35 | 6/11/04 |
| Internal Revenue Service- 941 Taxes | $ 3,765.24 | 6/25/04 |
| Internal Revenue Service- 941 Taxes | $4,161.05 | 7/9/04 |
| Internal Revenue Service- 941 Taxes | $3,681.24 | 7/23/04 |
| Internal Revenue Service- 941 Taxes | $4,087.84 | 8/6/04 |
| Internal Revenue Service- 941 Taxes | $3,810.55 | 8/20/04 |
| Internal Revenue Service- 941 Taxes | $4,094.81 | 9/3/04 |
| Internal Revenue Service- 941 Taxes | $3,613.35 | 9/17/04 |
| Internal Revenue Service- 941 Taxes | $3,937.38 | 10/15/04 |

| | | |
|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph Level 7-425<br>Chicago, IL 60601 | $ 3,108.02 | 8/2/04 |
| Illinois Department of Employment<br>Bankruptcy Unit 10th Floor<br>33 S. State<br>Chicago, IL 60603 | $ 1,475.52 | 8/2/04 |
| Scrap Tire ST-8 | $ 1855.20 | 8/2/04 |
| ScrapTire - ST-8 | $ 6,220.80 | 8/2/04 |

| | | |
|---|---|---|
| Total Outstanding Taxes | $57,817.10 | |

5.      Since the time of filing the Chapter 11 Bankruptcy on March 17, 2004 and before the conversion date of November 1, 2004, the Debtor incurred the following list of unsecured priority debt owed to employees for payroll due October 29, 2004. (Said amount is gross wages)

| | |
|---|---|
| Cary Bryant<br>4204 Kangley Ave<br>Kangley, IL 61364 | $ 713.00 |
| Reece Grotti<br>1201 8th<br>LaSalle, IL 61301 | $ 1,634.00 |
| Mike Clark<br>201 9th<br>Mendtoa, IL 61342 | $ 713.00 |
| Katy Danekas<br>1238 6th<br>LaSalle, IL 61301 | $ 551.65 |
| Sheila  Hammers<br>Box 213<br>109 S. Wequash<br>Tonica, IL 61370 | $ 635.50 |

| | |
|---|---|
| Mike Kruswicki<br>1535 4th<br>LaSalle, IL 61301 | $ 1,975.00 |
| John Ridley<br>1216 St. Vincent<br>LaSalle, IL 61301 | $ 300.00 |
| Jacob  Urbanc<br>1017 Church St.<br>Peru, IL 61354 | $ 635.50 |
| Jeff Clark<br>603 ½ 6th<br>Mendota, IL 61342 | $ 713.00 |
| Steven Hammers<br>1 Park Avenue<br>Peru, IL 61354 | $ 1,500.00 |
| Total Payroll owed | $ 9,370.65 |

Wherefore, the Debtor prays for the Court to allow the Chapter 11 Final Report and Schedule of Unpaid Debt and for any other relief this Court deems just and fair.

Respectfully submitted,
Tires, Inc.

By: /s/ Lars Eric Ostling
Attorney for Debtor
Ostling & Associates
201 W. Olive
Bloomington, IL 61701
309-827-3030

PROOF OF SERVICE

Notice has been **electronically mailed** to the following:

Bradley Waller

UST

Notice has been **mailed** to the following by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois :

Bradley Waller, Klein Stoddard Buck & Waller, 555 Bethany Road, DeKalb, IL 60115

Mr. Anthony Ponzio, 205 W. Randolph, Ste 1750, Chicago, IL 60606

The undersigned certifies that a copy of the foregoing instrument was served upon the person(s) listed above on the 6th day of April 2005

/s/ Angela Swartzendruber

Subscribed and sworn to before me
this 6th day of April 2005.

/s/ Susan Pennypacker
NOTARY PUBLIC