UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
TIRES INC.                                §    Case No. 04-10648
                                          §
          Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE UNITED STATES BANKRUPTCY COURT
          NORTHERN DISTRICT OF IL/EASTERN DIVISION
          219 S. DEARBORN STREET
          CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/14/2012 in Courtroom 2nd Floor,
     Will County Court - Joliet City Hall
     150 West Jefferson Street
     Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/21/2012          By: /s/ Bradley J. Waller
                                                           Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TIRES INC. § Case No. 04-10648
§
_____Debtor(s)_____ §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 52,650.37 |
| and approved disbursements of | $ | 15,449.57 |
| leaving a balance on hand of[1] | $ | 37,200.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 29 | LaSalle Office Supply | $ 411.12 | $ 411.12 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 37,200.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 5,882.52 | $ 0.00 | $ 5,882.52 |
| Trustee Expenses: BRADLEY J. WALLER | $ 406.00 | $ 0.00 | $ 406.00 |
| Accountant for Trustee Expenses: LEE G. SCHWENDNER, CPA | $ 6,108.75 | $ 0.00 | $ 6,108.75 |
| Fees: United States Trustee | $ 4,500.00 | $ 0.00 | $ 4,500.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 16,897.27 |
| Remaining Balance | $ | 20,303.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 48,856.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 53 | Internal Revenue Service | $ 41,960.29 | $ 0.00 | $ 13,407.40 |
| 58 | Katherine A Danekas | $ 528.30 | $ 0.00 | $ 528.30 |
| 59 | Cary A Bryan | $ 747.50 | $ 0.00 | $ 747.50 |
| 62 | Jeffrey L. Clark | $ 736.00 | $ 0.00 | $ 736.00 |
| 63 | Michael J. Clark | $ 828.00 | $ 0.00 | $ 828.00 |
| 64 | Stephen Hammers | $ 624.75 | $ 0.00 | $ 624.75 |
| 66 | Gabino Sanchez | $ 656.00 | $ 0.00 | $ 656.00 |
| 67 | Eleno De La Torre | $ 656.00 | $ 0.00 | $ 656.00 |
| 65 | Michale E. Kruswicki | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 382.94 | $ 0.00 | $ 382.94 |
| AUTO | INTERNAL REVENUE SERVICE | $ 123.54 | $ 0.00 | $ 123.54 |
| AUTO | INTERNAL REVENUE SERVICE | $ 89.56 | $ 0.00 | $ 89.56 |
| AUTO | INTERNAL REVENUE SERVICE | $ 123.54 | $ 0.00 | $ 123.54 |

Total to be paid to priority creditors   $ 20,303.53

Remaining Balance   $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 927,682.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CPI | $ 726.00 | $ 0.00 | $ 0.00 |
| 2 | Illinois Valley Door | $ 297.29 | $ 0.00 | $ 0.00 |
| 3 | Ligori Auto Wrecking | $ 1,217.30 | $ 0.00 | $ 0.00 |
| 4 | New Heights Rec. | $ 4,025.00 | $ 0.00 | $ 0.00 |
| 5 | Meier Bros. Tire Supply | $ 25,844.67 | $ 0.00 | $ 0.00 |
| 6 | Car Quest | $ 5,521.44 | $ 0.00 | $ 0.00 |
| 7 | Wate Management RMC | $ 63.61 | $ 0.00 | $ 0.00 |
| 8 | American Express Centurion Bank | $ 22,351.82 | $ 0.00 | $ 0.00 |
| 9 | Rubber Inc. | $ 2,392.11 | $ 0.00 | $ 0.00 |
| 10 | Advanta Bank Corp | $ 15,800.26 | $ 0.00 | $ 0.00 |
| 11 | Streator Engine | $ 11,145.06 | $ 0.00 | $ 0.00 |
| 12 | Auto Salvage | $ 400.00 | $ 0.00 | $ 0.00 |
| 13 | Salisbury Oil | $ 1,175.33 | $ 0.00 | $ 0.00 |
| 14 | Napa Auto Parts | $ 464.70 | $ 0.00 | $ 0.00 |
| 15 | Advanced Hunter | $ 1,069.67 | $ 0.00 | $ 0.00 |
| 16 | Bryan Dunigan | $ 130,177.57 | $ 0.00 | $ 0.00 |
| 17 | MBNA America Delaware | $ 29,662.01 | $ 0.00 | $ 0.00 |
| 18 | South Bede Abbey Press | $ 820.22 | $ 0.00 | $ 0.00 |
| 19 | Myers Tire Supply Distribution Inc | $ 252.20 | $ 0.00 | $ 0.00 |
| 20 | Wells Fargo Bank NA | $ 3,643.57 | $ 0.00 | $ 0.00 |
| 21 | Wells Fargo Bank NA | $ 3,636.97 | $ 0.00 | $ 0.00 |
| 22 | Illinois Department of Revenue | $ 29,313.80 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Illinois Department of Revenue | $ 5,520.90 | $ 0.00 | $ 0.00 |
| 27 | WWGN | $ 2,984.00 | $ 0.00 | $ 0.00 |
| 28 | Bokus & May | $ 2,051.25 | $ 0.00 | $ 0.00 |
| 30 | Tire Centers LLC | $ 200,108.95 | $ 0.00 | $ 0.00 |
| 31 | Napa, Peru | $ 5,285.61 | $ 0.00 | $ 0.00 |
| 32 | Homestead Oil | $ 3,989.40 | $ 0.00 | $ 0.00 |
| 34 | C.J. M. Leasing | $ 47,877.94 | $ 0.00 | $ 0.00 |
| 35 | Department of the Treasury Internal Revenue | $ 1,915.54 | $ 0.00 | $ 0.00 |
| 36 | Tire Rack | $ 4,443.92 | $ 0.00 | $ 0.00 |
| 37 | LaSalle National Bank | $ 293,814.58 | $ 0.00 | $ 0.00 |
| 39 | IL Department of Revenue | $ 25,095.44 | $ 0.00 | $ 0.00 |
| 41 | Illinois Department of Employment Security | $ 2,582.91 | $ 0.00 | $ 0.00 |
| 42 | Illinois Department of Revenue | $ 21,007.96 | $ 0.00 | $ 0.00 |
| 43 | Illinois Department of Revenue | $ 7,420.64 | $ 0.00 | $ 0.00 |
| 48 | Napa, Peru | $ 4,727.90 | $ 0.00 | $ 0.00 |
| 49 | Fleet Credit Card Servcies LP | $ 7,585.59 | $ 0.00 | $ 0.00 |
| 50 | M & M Plumbing | $ 1,162.87 | $ 0.00 | $ 0.00 |
| 51 | Loch, Charles | $ 106.46 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 86,889.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) (Page: 5)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 55 | Alarm Detection Systems Inc | $ 170.15 | $ 0.00 | $ 0.00 |
| 56 | Car Quest | $ 5,521.44 | $ 0.00 | $ 0.00 |
| 57 | Illinois Department of Employment Security | $ 2,260.08 | $ 0.00 | $ 0.00 |
| 60 | Internal Revenue Service | $ 70,722.64 | $ 0.00 | $ 0.00 |
| 61 | US BANK CORP/ RETAIL PAYMENT SOLUTIONS | $ 8,215.22 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $            0.00
Remaining Balance                                          $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                                    Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: lhend              Page 1 of 3              Date Rcvd: Jan 19, 2005
Case: 04-10648                    Form ID: ntcftfc7        Total Served: 172

The following entities were served by first class mail on Jan 21, 2005.
db         +Tires Inc a ILLinois Corporation,   4153 Progress Blvd,    Peru, IL 61354-1125
aty        +Anthony V Ponzio,   205 W Randolph Ste 1750,    Chicago, IL 60606-1895
aty        +Faith Dolgin,   100 W Randolph St,   Chicago, IL 60601-3218
aty        +Lars Eric Ostling,   Ostling & Riggert,   201 W Olive Street,   Bloomington, IL 61701-5093
aty        +Robert B Steele,   Aplington, Kaufman, Mcclintock,   160 Marquette St,   Lasalle, IL 61301-2441
aty        +Robert P Follmer,   Ostling & Associates,   201 W. Olive Street,   Bloomington, IL 61701-5093
aty        +Timothy J Howard,   39400 Woodward Ave,   Suite 101,   Bloomfield Hills, MI 48304-5151
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis,   555 Bethany Road,   Dekalb, IL 60115-4941
cr         +MBNA America (Delaware) N.A. c/o Becket & Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
8732103    +A&W Builders,   402 Windsor,   Ottawa, IL 61350-4739
7886555    +Advanced Hunter,   Parts and Service,   PO Box 334,   Winnebago, IL 61088-0334
7886556     Advanta,   PO Box 8088,   Philadelphia, PA 19101-8088
8012934    +Advanta Bank Corp,   700 Dresher Road,   Horsham, PA 19044-2206
7886558     American Racing,   PO Box 633445,   Cincinnatti, OH 45263-3445
7886559    +Aqualicious,   1726 N. Bloomington,   Streator, IL 61364-1379
7886560     Auto Salvage,   US Route 6,   Peru, IL 61354
7886561    +Auto Zone,   PO Box 9040,   Des Moines , IA 50368-9040
8732102    +BOC Gas,   4309 Mahoney Dr,   Peru, IL 61354-1163
7886564    +Bill Walsh,   1752 E. Nurris,   Ottawa, IL 61350-1616
7886563    +Bill Walsh,   2330 N. Bloomington,   Streator, IL 61364-1308
7886565    +Bobby Booker,   6 Ridgefield,   Algonquinn, IL 60102-5125
7886566    +Bokus & May,   1910 Fourth St,   Peru, IL 61354-3310
7886567    +Brian Heller,   200 Walnut,   Box 213,   Washington, IL 61571-2648
7886568    +Bryan Dunigan,   Attorney at Law,   162 W. Grand Ave.,   Chicago, IL 60610-4475
8732105    +Buffalo Rock Park,   PO Box 2034,   Ottawa, IL 61350-6634
7886569    +C.J. M. Leasing,   PO Box 242,   Joliet , IL 60434-0242
7886578    +CJM Leasing,   PO Box 242,   Joliet, IL 60434-0242
7886582    +CPI,   PO Box 416,   LaSalle, IL 61301-0416
8732112    +Calderon, Dr Rick,   1221 Marquette,   LaSalle, IL 61301-1619
7886571    +Car Quest,   PO Box 503628,   St. Louis, MO 63150-0001
8732106    +Carlson Inc,   315 W Main,   Ottawa, IL 61350-2824
7886572     Cassidy Tire,   344 N. Canal,   Chicago, IL 60606-1208
7886573    +Chase Business,   PO Box 15907,   Wilmington, DE 19886-5907
8732108    +Chucks Shell,   1441 Columbus,   Ottawa, IL 61350-2095
7886574    +Cintas,   4800 44th Street,   Milene, IL 61265-7500
7886576    +Cintas,   PO Box 9,   Normal, IL 61761-0009
7886575    +Cintas,   PO Box 7759,   Romeoville, IL 60446-0759
7886577    +Citi Business,   PO Box 6309,   The Lakes, NV 88901-6309
8732125    +Clark, Jeff,   603 6th St,   Mendota, IL 61342-1701
7886579    +Clegg-Perkins,   719 Columbus,   Ottawa, IL 61350-5001
8732109    +Connor Company,   3 Terminal Rd,   Peru, IL 61354-3774
7886580    +Conroys,   2801 N. Columbus,   Ottawa, IL 61350-1007
7886581    +Coronet Dodge,   3705 Frontage Road,   Peru, IL 61354-1111
7886583    +Culligan,   Box 681,   Ottawa, IL 61350-0681
8732110     Depue Motors,   122 E 4th St,   DePue, IL 61322
8732111    +Dish Express,   2901 N Peoria,   Peru, IL 61354-1236
8732113    +Duffys Auto Sales,   1428 Fourth St,   Peru, IL 61354-3396
8732156    +Elmore, Shirley,   609 N Everett,   Streator, IL 61364-2367
8732165    +Emm, Tim,   1839 Jacob,   Streator, IL 61364-3912
8732114    +Enterprise,   4509 Brady St,   Davenport, IA 52806-4051
7886584    +Fleet Business Service,   PO Box 15368,   Wilmington, DE 19886-5368
7886585    +Freeman Tire,   150 E. Crossroad Parkway #A,   Bolingbrook, IL 60440-3523
8732115    +Gays Body Shop,   1601 Poplar,   Ottawa, IL 61350-1349
8732146    +Grotti, Paul,   905 4th,   LaSalle, IL 61301-2275
8732116    +Halm Electrical Contractors,   1301 LaSalle,   Ottawa, IL 61350-1907
8732126    +Hatzer, Joe,   602 E Lundy,   Strreator, IL 61364-3051
8732117    +Home Depot,   4242 Venture Dr,   Peru, IL 61354-1010
7886586    +Homestead Oil,   PO Box 1085,   LaSalle, IL 61301-3085
8732118     Honda of Ottawa,   PO Box 23480,   Ottawa, IL 61350
8732119    +Horizon House,   2000 Plank Rd,   Peru, IL 61354-1699
8732120    +Huntsman Chemical,   501 Brunner,   Peru, IL 61354-3699
7886587    +IL Department of Revenue,   Bkcy Bulk Sales & Probate,   100 W. Randolph St. Lvl 7-400,
              Chicago, IL 60601-3218
8732121    +IL Valley Lawn Service,   PO Box 1192,   LaSalle, IL 61301-3192
7886595    +IV Cellular,   200 Riverfront Drive,   Marseilles, IL 61341-9541
7886588    +Illinois Deparment of Revenue,   PO Box 19447,   Springfield, IL 62794-9447
8762638    +Illinois Department of Employment Security,   Bankruptcy Unit 10th Floor,   33 S State St.,
              Chicago, IL 60603-2802
7886589    +Illinois Department of Revenue,   Attn: Tire User Fee,   Springfield, IL 62776-0001
7886590     Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph Level 7-425,
              Chicago, IL 60601
7886591    +Illinois Department of Revenue,   Retailers Occ. Tax,   Springfield, IL 62796-0001
7886592    +Illinois Valley Door,   PO Box 325,   Mendota, IL 61342-0325
7886593    +Impressive Business Forms,   2901 Teague Drive,   Tyler, TX 75701-3753
8732122    +Insight Communications,   PO Box 429,   Peru, IL 61354-0429
7886594    +Interstate Battery,   C/O J Brian Heller Atty for Creditor,   200 Walnut P O Box 213,
              Washington, IL 61571-2648
8732124    +JB Contracting,   PO Box 1309,   LaSalle, IL 61301-3309
7886596    +Jerry Centoni,   Star Ford,   2310 N. Bloomington,   Streator, IL 61364-1390
7886597    +Jim Renwick,   1 Shady Oaks Drive,   Ottawa, IL 61350-1274
8732127    +Joe Kolodiej Farms,   RR1,   LaSalle, IL 61301-9801
7886598    +Kammerer,   1780 N. 2753 Road,   Ottawa, IL 61350-9701
8732128    +Ken Motors,   1516 Columbus,   Ottawa, IL 61350-2010
```

```
District/off: 0752-1                  User: lhend                    Page 2 of 3                     Date Rcvd: Jan 19, 2005
Case: 04-10648                        Form ID: ntcftfc7              Total Served: 172

7886599      +Key Outdoor,    PO Box 206,    Kankakee, IL 60901-0206
7886600      +Kim Lamchick,    615 E. 10th,    Peru, IL 61354-2336
8732129      +Koolmaster,    300 2nd St,    LaSalle, IL 61301-2397
8732130      +LaSalle Body,    140 Crosat,    LaSalle, IL 61301-2547
8732131      +LaSalle Co Maintenance,    707 Etna Rd,    Ottawa, IL 61350-1047
8732132      +LaSalle County Housing Authority,    PO Box 782,    Ottawa, IL 61350-0782
8417376      +LaSalle National Bank,    Howard & Howard Atty,    211 Fulton St suite 600,    Peoria, IL 61602-1350
7886601      +LaSalle National Bank,    105 Marquette,    LaSalle, IL 61301-2446
7886602       LaSalle Office Supply,    901 Fuse,    LaSalle, IL 61301
8130417      +LaSalle State Bank,    PO Box 462,    LaSalle, IL 61301-0462
7886603      +LaSalle State Bank,    Robert B Steele,    160 Marquette St,    PO Box 517,    LaSalle, IL 61301-0517
8732133      +Lease,    1009 Boyce Memorial,    Ottawa, IL 61350-2500
7886604      +Lee Lewis Dis.,    PO Box 47,    Mendota, IL 61342-0047
8732134      +Lester Builders,    1111 2nd Ave,    Lester Prairie, MN 55354-1003
8732135      +Liberty Village,    1107 31st,    Peru, IL 61354-3811
7886605      +Ligori Auto Wrecking,    405 Oakley Ave,    PO Box 276,    Streator, IL 61364-0276
8732136      +Local 150,    6200 Joliet Rd,    Countrysecle, IL 60525-3992
8732107       Loch, Charles,    1600 N Road,    Peru, IL 61354
7886606      +M & M Plumbing,    1410 E. Main,    Streator, IL 61364-3147
8057688       MBNA America Delaware,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
8732123      +McFadden, Jane,    122 LaSalle,    Streator, IL 61364-2815
7886607       Meier Bros. Tire Supply,    2649 N. 900 E. Road,    Ashkum, IL 60911
7886608      +Mendota Auto Supply,    1311 Merdan St.,    Mendota, IL 61342-1029
8732138      +Midway Truck Parts,    7400 W 87th,    Bridgeview, IL 60455-1881
8732139      +Millis Transfer,    PO Box 550,    Black River Fall, WI 54615-0550
8732140      +Mr Feracutti,    110 E Main,    Ottawa, IL 61350-2900
8732141      +Munson Excavating,    3518 E 9th,    Utica, IL 61373-9683
7886609      +Myers Tire Supply,    11127 W. Franklin,    Franklin Park, IL 60131-1435
8091122      +Myers Tire Supply Distribution Inc,    1293 South Main St,    Akron, OH 44301-1302
8732142      +Napa Auto Parts,    1311 Meriden,    Mendota, IL 61342-1029
7886610      +Napa Auto Parts,    5959 Collection Center,    Chicago, IL 60693-0059
7886613      +Napa, Peru,    218 W 3rd St,    Sterlling, IL 61081-3507
7886611      +New Heights Rec.,    1705 Cottage Grove Ave,    Ford Heights , IL 60411-3859
8732143      +Orkin Pest Control,    Box 1425,    LaSalle, IL 61301-3425
8732144       Ottawa Ford,    Rt 23 & I 80,    Ottawa, IL 61350
7886612      +Ottawa Ford,    PO Box 1410,    Ottawa, IL 61350-6410
8732147      +PDQ Courier,    PO Box 1455,    LaSalle, IL 61301-3455
8732148      +PHH Service,    PO Box 13023,    Baltimore, MD 21203-3023
8732145      +Pattern Tractor,    590 Mayer St,    Ogelsley, IL 61348-1459
7886614      +Platinum Plus for Business,    PO Box 15469,    Wilmington, DE 19886-5469
7886615      +Pomps,    PO Box 1630,    Green Bay, WI 54305-1630
8732149      +Prescott Brothers,    3604 Progress Blvd,    Peru, IL 61354-1166
8732150       Pro Remodeling,    1603 Pevrice St,    Peru, IL 61354
8732152      +Redfern, Robert,    1622 E 3150 N Road,    Streator, IL 61364-8738
7886616      +Rhodes Auto,    401 W. 10th,    Streator, IL 61364-3377
7886617      +Rubber Inc.,    2419 S. Michigan,    Chicago, IL 60616-2301
8732137      +Ruggero, Mary,    224 W Cleveland,    Spring Valley, IL 61362-1904
7886618       Salisbury Oil,    1083 E. 12th,    Streator, IL 61364
8732153      +Sapp Brothers,    3130 May Rd,    Peru, IL 61354-9618
8732154      +Schmitt Roofing,    11 Carey Avenue,    Streator, IL 61364-9736
8732155      +Schultz Wilburst Vault,    115 S Shabbona,    Streator, IL 61364-3060
8732157       Shutt Lock & Key,    2485 N 350th,    LaSalle, IL 61301
8732151       Smith, Renee,    510 Washing St,    Utica, IL 61373
7886619       South Bede Abbey Press,    Rt. 6 West,    Peru, IL 61354
8732158      +Spelich Construction,    835 Clark St,    Ogelsby, IL 61348-1100
8732159       St Bede,    Rt 6,    Peru, IL 61354
8732160      +Streator Brick,    310 W 9th,    Streator, IL 61364-3300
7886620      +Streator Engine,    204 W. Main,    Streator, IL 61364-2804
8732161      +Streator Landfill,    2111 Coalville Rd,    Streator, IL 61364-3773
8732162      +Streator Unlimited,    414 N Shabbona,    Streator, IL 61364-2397
7886621      +Sun Times,    627 Marquete,    LaSalle, IL 61301-2141
8732163      +Sweep a Lot,    PO Box 145,    Ottawa, IL 61350-0145
7886622      +TCI,    PO Box 130,    Sugar Grove, IL 60554-0130
7886623       Teptron Financial,    PO Box 71593,    Chicago, IL 60694-1593
7886624       Terry Monroe,    Rt. 251 North,    Peru, IL 61354
8732164      +Terry's Auto Haus,    321 W Norris,    Ottawa, IL 61350-1432
8234607      +Tire Centers LLC,    310 Inglesby Parkway,    Duncan, SC 29334-9117
7886625      +Tire Rack,    7101 Vorden Pkwy,    South Bend, IN 46628-8422
7886626      +Town and Country Dis.,    PO Box 704,    Ottawa, IL 61350-0704
7886627      +Transwheel,    3000 Yeoman Way,    Huntington , IN 46750-9003
8732166      +Tri-County Auto Sales,    PO Box 63,    Standard, IL 61363-0063
8732167      +Tri-County Opportunity Counsel,    PO Box 610,    Rock Falls, IL 61071-0610
7886628      +US Bank,    PO Box 790408,    St. Louis, MO 63179-0408
8732168      +Unimen,    PO Box 409,    Utica, IL 61373-0409
8653838      +United States Trustee,    227 W Monroe Suite 3350,    Chicago, Illinois 60606-5025
7886629      +Valley Ford,    PO Box 170,    Spring Valley, IL 61362-0170
8732169       Vissering Construction,    175 Benchmark Drive,    Streator, IL 61364
8732170      +Voluntary Action Center,    815 N Orlando Smith,    Ogelsby, IL 61348-9692
7886633      +WJ Stone Ace Hardware,    PO Box 515,    Streator, IL 61364-0515
7886634      +WLPO/WAJK,    PO Box 215,    LaSalle, IL 61301-0215
7886635      +WWGN,    807 LaSalle,    Ottawa, IL 61350-2073
8732104      +Walsh, Bill,    BOx 456,    Ottawa, IL 61350-0456
7886630      +Walter Bros. Plumbing,    909 Washington,    Mendota, IL 61342-1620
7886631       Waste Management,    1411 Opers Placer,    Ste. 400,    Downers Grove, IL 60515
```

Case 04-10648    Doc 176    Filed 11/21/12    Entered 11/23/12 23:37:47    Desc Imaged
Case 04-10648    Doc 175    Filed 01/19/05    Entered 01/22/05 00:05:43    Desc Imaged
Certificate of Service    Page 9 of 14
Certificate of Service    Page 7 of 7

```
District/off: 0752-1            User: lhend              Page 3 of 3              Date Rcvd: Jan 19, 2005
Case: 04-10648                  Form ID: ntcftfc7        Total Served: 172

8012461    +Wate Management RMC,    2421 W Peoria Suite 134,    Phoenix, AZ 85029-4770
7886632    +Wells Fargo,    Payment Remittance Center,    PO Box 54349,    Los Angeles, CA 90054-0349
8106825     Wells Fargo Bank NA,    PO Box 53476 MAC S4018-015,    Phoenix, AZ 85072-3476
7886636    +ZB Supply,    725 Fulton,    Ottawa, IL 61350-2807
8732171    +Zavada Home Improvement,    109 Iowa Ave,    Streator, IL 61364-2420
8732172     Zeils,    201 Main,    Ladd, IL 61329
```

The following entities were served by electronic transmission on Jan 20, 2005 and receipt of the transmission
was confirmed on:

```
7886556     EDI: BANKAMFLEET.COM Jan 20 2005 02:10:00       Advanta,    PO Box 8088,    Philadelphia, PA 19101-8088
8012934    +EDI: BANKAMFLEET.COM Jan 20 2005 02:10:00       Advanta Bank Corp,    700 Dresher Road,
            Horsham, PA 19044-2206
7886557    +EDI: BECKLEE.COM Jan 20 2005 02:09:00           American Express Centurion Bank,    c/o Becket & Lee,
            PO Box 3001,    Malvern, PA 19355-0701
7886562     EDI: FIRSTUSA.COM Jan 20 2005 02:10:00          Bank One,    P.O. Box 50882,    Henderson, NV 89016-0882
8371405    +EDI: IRS.COM Jan 20 2005 02:09:00               Department of the Treasury,    Internal Revenue Service,
            230 S Dearborn,    Stop 5013-CHI,    Chicago, IL 60604-1505
                                                                                                    TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Bradley J Waller
aty        John L Greenleaf
aty        Ostling & Associates
cr         Airport Trade Center LLC
cr         American Express Centurion Bank C/O Becket & Lee L
acc        Bokus & May
cr         Casidy Tire and Service Co inc
cr         Illinois Department of Revenue's
cr         LaSalle State Bank
acc        Lee Schwender
cr         Wells Fargo Bank Na
7886570*   +C.J. M. Leasing,    PO Box 242,    Joliet, IL 60434-0242
                                                                                              TOTALS: 11, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 21, 2005**                        **Signature:** _Joseph Speetjens_

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                                  Case No. 04-10648-BWB
Tires Inc a ILLinois Corporation                                                        Chapter 7
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: rgreen                 Page 1 of 5                 Date Rcvd: Nov 21, 2012
                               Form ID: pdf006              Total Noticed: 173


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
db           +Tires Inc a ILLinois Corporation,    4153 Progress Blvd,    Peru, IL 61354-1116
aty          +Lars Eric Ostling,    Ostling & Riggert,    201 W Olive Street,    Bloomington, IL 61701-5093
8732103      +A&W Builders,    402 Windsor,    Ottawa, IL 61350-4739
7886555      +Advanced Hunter,    Parts and Service,    PO Box 334,    Winnebago, IL 61088-0334
9317289      +Alarm Detection Systems Inc,    1111 Church Road,    Aurora, IL 60505-1905
7886557      +American Express Centurion Bank,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
7886558       American Racing,    PO Box 633445,    Cincinatti, OH 45263-3445
7886559      +Aqualicious,   1726 N. Bloomington,    Streator, IL 61364-1379
7886560       Auto Salvage,    US Route 6,    Peru, IL 61354
7886561       Auto Zone,   PO Box 9040,    Des Moines , IA 50368
8732102      +BOC Gas,   4309 Mahoney Dr,    Peru, IL 61354-1163
7886562       Bank One,    P.O. Box 50882,    Henderson, NV 89016-0882
7886564      +Bill Walsh,   1752 E. Nurris,    Ottawa, IL 61350-1616
7886563      +Bill Walsh,   2330 N. Bloomington,    Streator,   IL 61364-1308
7886565      +Bobby Booker,    6 Ridgefield,    Algonquinn, IL 60102-5125
7886566      +Bokus & May,    1910 Fourth St,    Peru, IL 61354-3310
7886567      +Brian Heller,    200 Walnut,    Box 213,   Washington, IL 61571-2648
7886568      +Bryan Dunigan,    Attorney at Law,    162 W. Grand Ave.,    Chicago, IL 60654-4475
8732105      +Buffalo Rock Park,    PO Box 2034,    Ottawa, IL 61350-6634
7886569      +C.J. M. Leasing,    PO Box 242,   Joliet , IL 60434-0242
7886578      +CJM Leasing,    PO Box 242,   Joliet, IL 60434-0242
7886582      +CPI,   PO Box 416,    LaSalle, IL 61301-0416
8732112      +Calderon, Dr Rick,    1221 Marquette,    LaSalle, IL 61301-1619
7886571      +Car Quest,    PO Box 503628,    St. Louis, MO 63150-3628
8732106      +Carlson Inc,    315 W Main,    Ottawa, IL 61350-2824
9799931      +Cary A Bryan,    4204 Kangley Ave,    Kangley, IL 61364-9692
7886572       Cassidy Tire,    344 N. Canal,    Chicago, IL 60606-1208
7886573      +Chase Business,    PO Box 15907,    Wilmington, DE 19886-5907
8732108      +Chucks Shell,    1441 Columbus,    Ottawa, IL 61350-2095
7886574      +Cintas,   4800 44th Street,    Milene, IL 61265-7500
7886575      +Cintas,   PO Box 7759,    Romeoville, IL 60446-0759
7886576      +Cintas,   PO Box 9,    Normal, IL 61761-0009
7886577      +Citi Business,    PO Box 6309,    The Lakes, NV 88901-6309
8732125      +Clark, Jeff,    603 6th St,    Mendota, IL 61342-1701
7886579      +Clegg-Perkins,    719 Columbus,    Ottawa, IL 61350-5001
8732109      +Connor Company,    3 Terminal Rd,    Peru, IL 61354-3774
7886580      +Conroys,   2801 N. Columbus,    Ottawa, IL 61350-1007
7886581      +Coronet Dodge,    3705 Frontage Road,    Peru, IL 61354-1111
8732110       Depue Motors,    122 E 4th St,    DePue, IL 61322
8732111      +Dish Express,    2901 N Peoria,    Peru, IL 61354-1236
8732113      +Duffys Auto Sales,    1428 Fourth St,    Peru, IL 61354-3396
19338748     +Eleno DelaTorre,    1436 4th St,    LaSalle, IL 61301-2240
8732156      +Elmore, Shirley,    609 N Everett,    Streator, IL 61364-2367
8732165      +Emm, Tim,   1839 Jacob,    Streator, IL 61364-3912
8732114      +Enterprise,    4509 Brady St,    Davenport, IA 52806-4051
7886584      +Fleet Business Service,    PO Box 15368,    Wilmington, DE 19886-5368
8940336      +Fleet Credit Card Servcies LP,    PO Box 970,    Norfolk, VA 23501-0970
7886585      +Freeman Tire,    150 E. Crossroad Parkway #A,    Bolingbrook, IL 60440-3523
19338651     +Gabino Sanchez,    1366 6th St,    La Salle, IL 61301-2250
8732115      +Gays Body Shop,    1601 Poplar,    Ottawa, IL 61350-1349
8732146      +Grotti, Paul,    905 4th,    LaSalle, IL 61301-2275
8732116      +Halm Electrical Contractors,    1301 LaSalle,    Ottawa, IL 61350-1907
8732126      +Hatzer, Joe,    602 E Lundy,    Strreator, IL 61364-3051
8732117      +Home Depot,    4242 Venture Dr,    Peru, IL 61354-1010
7886586      +Homestead Oil,    PO Box 1085,    LaSalle, IL 61301-3085
8732118       Honda of Ottawa,    PO Box 23480,    Ottawa, IL 61350
8732119      +Horizon House,    2000 Plank Rd,    Peru, IL 61354-1699
8732120      +Huntsman Chemical,    501 Brunner,    Peru, IL 61354-3699
8732121      +IL Valley Lawn Service,    PO Box 1192,    LaSalle, IL 61301-3192
7886587     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: IL Department of Revenue,     Bkcy Bulk Sales & Probate,
               100 W. Randolph St. Lvl 7-400,    Chicago, IL  60601)
7886595      +IV Cellular,    200 Riverfront Drive,    Marseilles, IL 61341-9541
8762638      +Illinois Department of Employment Security,     Bankruptcy Unit 10th Floor,    33 S State St.,
               Chicago, IL 60603-2808
7886590       Illinois Department of Revenue,    Bankruptcy Section,     100 W. Randolph Level 7-425,
               Chicago, IL 60601
7886588       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
7886592      +Illinois Valley Door,    PO Box 325,    Mendota, IL 61342-0325
7886593      +Impressive Business Forms,    2901 Teague Drive,    Tyler, TX 75701-3753
8732122      +Insight Communications,    PO Box 429,    Peru, IL 61354-0429
7886594      +Interstate Battery,    C/O J Brian Heller Atty for Creditor,     200 Walnut P O Box 213,
               Washington, IL 61571-0213
8732124      +JB Contracting,    PO Box 1309,    LaSalle, IL 61301-3309
```

```
District/off: 0752-1            User: rgreen                Page 2 of 5                  Date Rcvd: Nov 21, 2012
                                Form ID: pdf006             Total Noticed: 173


7886596     ++++JERRY CENTONI,    STAR FORD,   2116 N BLOOMINGTON ST,    STREATOR IL 61364-1304
              (address filed with court: Jerry Centoni,    Star Ford,    2310 N. Bloomington,
               Streator, IL 61364)
10542637     +Jeffrey L. Clark,   205 Sandra Ave,   Mendota, IL 61342-2409
7886597      +Jim Renwick,   1 Shady Oaks Drive,   Ottawa, IL 61350-1274
8732127       Joe Kolodiej Farms,   RR1,   LaSalle, IL 61301
7886598      +Kammerer,   1780 N. 2753 Road,   Ottawa, IL 61350-9701
9586912      +Katherine A Danekas,   1238 Sixth St,   Lasalle, IL 61301-2248
8732128      +Ken Motors,   1516 Columbus,   Ottawa, IL 61350-2010
7886599      +Key Outdoor,   PO Box 206,   Kankakee, IL 60901-0206
7886600      +Kim Lamchick,   615 E. 10th,   Peru, IL 61354-2336
8732129      +Koolmaster,   300 2nd St,   LaSalle, IL 61301-2397
8732130      +LaSalle Body,   140 Crosat,   LaSalle, IL 61301-2547
8732131      +LaSalle Co Maintenance,    707 Etna Rd,   Ottawa, IL 61350-9610
8732132      +LaSalle County Housing Authority,    PO Box 782,   Ottawa, IL 61350-0782
8417376      +LaSalle National Bank,    Howard & Howard Atty,   211 Fulton St suite 600,    Peoria, IL 61602-1350
7886601      +LaSalle National Bank,    105 Marquette,   LaSalle, IL 61301-2470
7886602       LaSalle Office Supply,    901 Fuse,   LaSalle, IL 61301
8130417      +LaSalle State Bank,   PO Box 462,   LaSalle, IL 61301-0462
7886603      +LaSalle State Bank,   Robert B Steele,    160 Marquette St,   PO Box 517,    LaSalle, IL 61301-0517
8732133      +Lease,   1009 Boyce Memorial,   Ottawa, IL 61350-2500
7886604      +Lee Lewis Dis.,   PO Box 47,   Mendota, IL 61342-0047
8732134      +Lester Builders,   1111 2nd Ave,   Lester Prairie, MN 55354-1003
8732135      +Liberty Village,   1107 31st,   Peru, IL 61354-3811
7886605      +Ligori Auto Wrecking,    405 Oakley Ave,   PO Box 276,   Streator, IL 61364-0276
8732136      +Local 150,   6200 Joliet Rd,   Countrysecle, IL 60525-3992
8732107       Loch, Charles,   1600 N Road,   Peru, IL 61354
7886606      +M & M Plumbing,   1410 E. Main,   Streator, IL 61364-3147
8057688       MBNA America Delaware,    c/o Ecast Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
8732123      +McFadden, Jane,   122 LaSalle,   Streator, IL 61364-2815
7886607       Meier Bros. Tire Supply,    2649 N. 900 E. Road,   Ashkum, IL  60911
7886608      +Mendota Auto Supply,   1311 Merdan St.,   Mendota, IL 61342-1029
10542638      Michael J. Clark,   201 9th Ave,   Mendota, IL 61342-2037
8732138      +Midway Truck Parts,   7400 W 87th,   Bridgeview, IL 60455-1881
19268448      Mike Kruswicki,   2138 East 819th RD,   Tonica, IL 61370
8732139      +Millis Transfer,   PO Box 550,   Black River Fall, WI 54615-0550
8732140      +Mr Feracutti,   110 E Main,   Ottawa, IL 61350-2900
8732141      +Munson Excavating,   3518 E 9th,   Utica, IL 61373-9683
7886609     #+Myers Tire Supply,   11127 W. Franklin,   Franklin Park, IL 60131-1411
8091122      +Myers Tire Supply Distribution Inc,    1293 South Main St,   Akron, OH 44301-1302
7886610      +Napa Auto Parts,   5959 Collection Center,    Chicago, IL 60693-0059
8732142      +Napa Auto Parts,   1311 Meriden,   Mendota, IL 61342-1029
7886613      +Napa, Peru,   218 W 3rd St,   Sterlling, IL 61081-3507
7886611      +New Heights Rec.,   1705 Cottage Grove Ave,    Ford Heights , IL 60411-3859
8732143      +Orkin Pest Control,   Box 1425,   LaSalle, IL 61301-3425
7886612      +Ottawa Ford,   PO Box 1410,   Ottawa, IL 61350-6410
8732144       Ottawa Ford,   Rt 23 & I 80,   Ottawa, IL 61350
8732148      +PHH Service,   PO Box 13023,   Baltimore, MD 21203-3023
8732145      +Pattern Tractor,   590 Mayer St,   Ogelsley, IL 61348-1422
7886614      +Platinum Plus for Business,    PO Box 15469,   Wilmington, DE 19886-5469
8732149      +Prescott Brothers,   3604 Progress Blvd,   Peru, IL 61354-1166
8732150       Pro Remodeling,   1603 Pevrice St,   Peru, IL 61354
8732152      +Redfern, Robert,   1622 E 3150 N Road,   Streator, IL 61364-8738
7886616      +Rhodes Auto,   401 W. 10th,   Streator, IL 61364-3377
7886617      +Rubber Inc.,   2419 S. Michigan,   Chicago, IL 60616-2301
8732137      +Ruggero, Mary,   224 W Cleveland,   Spring Valley, IL 61362-1904
7886618       Salisbury Oil,   1083 E. 12th,   Streator, IL  61364
8732153      +Sapp Brothers,   3130 May Rd,   Peru, IL 61354-9618
8732154      +Schmitt Roofing,   11 Carey Avenue,   Streator, IL 61364-9736
8732155      +Schultz Wilburst Vault,    115 S Shabbona,   Streator, IL 61364-3060
8732157       Shutt Lock & Key,   2485 N 350th,   LaSalle, IL 61301
8732151      +Smith, Renee,   510 Washing St,   Utica, IL 61373-9204
7886619       South Bede Abbey Press,    Rt. 6 West,   Peru, IL  61354
8732158      +Spelich Construction,    835 Clark St,   Ogelsby, IL 61348-1100
8732159       St Bede,   Rt 6,   Peru, IL 61354
10542639     +Stephen Hammers,   316 Shooting Park Rd.,   Peru, IL 61354-1965
8732160      +Streator Brick,   310 W 9th,   Streator, IL 61364-3318
7886620      +Streator Engine,   204 W. Main,   Streator, IL 61364-2804
8732161      +Streator Landfill,   2111 Coalville Rd,    Streator, IL 61364-3773
8732162      +Streator Unlimited,   414 N Shabbona,   Streator, IL 61364-2397
7886621      +Sun Times,   627 Marquete,   LaSalle, IL 61301-2141
8732163      +Sweep a Lot,   PO Box 145,   Ottawa, IL 61350-0145
7886622      +TCI,   PO Box 130,   Sugar Grove, IL 60554-0130
7886623       Teptron Financial,   PO Box 71593,   Chicago, IL  60694-1593
7886624       Terry Monroe,   Rt. 251 North,   Peru, IL  61354
8732164      +Terry's Auto Haus,   321 W Norris,   Ottawa, IL 61350-1432
8234607      +Tire Centers LLC,   310 Inglesby Parkway,    Duncan, SC 29334-9173
7886625      +Tire Rack,   7101 Vorden Pkwy,   South Bend, IN 46628-8422
7886626      +Town and Country Dis.,    PO Box 704,   Ottawa, IL 61350-0704
7886627      +Transwheel,   3000 Yeoman Way,   Huntington , IN 46750-9003
```

```
District/off: 0752-1           User: rgreen              Page 3 of 5              Date Rcvd: Nov 21, 2012
                               Form ID: pdf006           Total Noticed: 173


8732166       +Tri-County Auto Sales,   PO Box 63,   Standard, IL 61363-0063
8732167       +Tri-County Opportunity Counsel,   PO Box 610,   Rock Falls, IL 61071-0610
7886628      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO  63179)
10442144      +US BANK CORP/ RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
8732168       +Unimen,   PO Box 409,   Utica, IL 61373-0409
8653838       +United States Trustee,   227 W Monroe Suite 3350,   Chicago, Illinois 60606-5099
7886629       +Valley Ford,   PO Box 170,   Spring Valley, IL 61362-0170
8732169        Vissering Construction,   175 Benchmark Drive,   Streator, IL 61364
7886633       +WJ Stone Ace Hardware,   PO Box 515,   Streator, IL 61364-0515
7886634       +WLPO/WAJK,   PO Box 215,   LaSalle, IL 61301-0215
7886635       +WWGN,   807 LaSalle,   Ottawa, IL 61350-2073
8732104       +Walsh, Bill,   BOx 456,   Ottawa, IL 61350-0456
7886630       +Walter Bros. Plumbing,   909 Washington,   Mendota, IL 61342-1620
7886631        Waste Management,   1411 Opers Placer,   Ste. 400,   Downers Grove, IL  60515
8012461       +Wate Management RMC,   2421 W Peoria Suite 134,   Phoenix, AZ 85029-4770
7886632       +Wells Fargo,   Payment Remittance Center,   PO Box 54349,   Los Angeles, CA 90054-0349
8106825        Wells Fargo Bank NA,   PO Box 53476 MAC S4018-015,   Phoenix, AZ 85072-3476
7886636       +ZB Supply,   725 Fulton,   Ottawa, IL 61350-2807
8732172        Zeils,   201 Main,   Ladd, IL 61329
10922836       eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7886556        E-mail/Text: bkr@cardworks.com Nov 22 2012 02:12:58     Advanta,   PO Box 8088,
                Philadelphia, PA  19101-8088
8012934        E-mail/Text: bkr@cardworks.com Nov 22 2012 02:12:58     Advanta Bank Corp,   700 Dresher Road,
                Horsham, PA 19044
7886583       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:32:47      Culligan,   Box 681,
                Ottawa, IL 61350-0681
8371405        E-mail/Text: cio.bncmail@irs.gov Nov 22 2012 02:07:07     Department of the Treasury,
                Internal Revenue Service,   230 S Dearborn,   Stop 5013-CHI,   Chicago, IL 60604
9146125        E-mail/Text: cio.bncmail@irs.gov Nov 22 2012 02:07:07
                Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
                P O Box 21126,   Philadelphia, PA 19114
7886615       +E-mail/Text: drossner@pompstire.com Nov 22 2012 02:13:45      Pomps,   PO Box 1630,
                Green Bay, WI 54305-1630
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            John L Greenleaf
7886570*      +C.J. M. Leasing,   PO Box 242,   Joliet, IL 60434-0242
9972745*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
7886589*       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
7886591*       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
10561435     ##+Anthony V. Ponzio,   Attorney & Counselor at Law,   205 W. Randolph Street, Suite 1750,
                Chicago, IL 60606-1895
8732147      ##+PDQ Courier,   PO Box 1455,   LaSalle, IL 61301-3455
8732170      ##+Voluntary Action Center,   815 N Orlando Smith,   Ogelsby, IL 61348-9692
8732171      ##+Zavada Home Improvement,   109 Iowa Ave,   Streator, IL 61364-2400
                                                                                  TOTALS: 1, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 4 of 5               Date Rcvd: Nov 21, 2012
                              Form ID: pdf006           Total Noticed: 173
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: rgreen              Page 5 of 5                  Date Rcvd: Nov 21, 2012
                              Form ID: pdf006           Total Noticed: 173
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2012 at the address(es) listed below:
              Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
              Cameron M Gulden    on behalf of U.S. Trustee Patrick Layng USTPRegion11.es.ecf@usdoj.gov
              Faith  Dolgin    on behalf of Creditor   Illinois Department of Revenue's faith.dolgin@illinois.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Steele    on behalf of Creditor   LaSalle State Bank rsteele160@sbcglobal.net
              Robert P Follmer    on behalf of Debtor   Tires Inc a ILLinois Corporation
               ostlingassociates@comcast.net
              Stephen J West    on behalf of Creditor Robert Schiffbauer tmalaw@sjwlawott.com
                                                                                             TOTAL: 7